# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

Clifford W. Taylor,
Chief Justice

130472

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 130472
                                    COA: 266478
GARY LEE BALDWIN,                   Berrien CC: 2004-411483-FH
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 13, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

p0724